**Celerina PELEA, Claimant–Appellee,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.**

**No. 06–7019.**

United States Court of Appeals, Federal Circuit.

Dec. 1, 2005.

*ORDER*

Upon consideration of the joint motion to dismiss Celerina Pelea's appeal, from Court of Appeals for Veterans Claims case no. 01–1138,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**Darrell J. HAMPTON, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 05–7145.**

United States Court of Appeals, Federal Circuit.

Dec. 2, 2005.

Darrell J. Hampton, pro se.

*ORDER*

Upon consideration of Darrell J. Hampton's motion for reconsideration of this court's November 1, 2005 order dismissing his appeal for failure to file a brief, the brief having now been received,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the case is reinstated.

(2) The informal brief received on November 16, 2005 and the addendum to the brief are accepted for filing.

(3) The Secretary of Veterans Affairs should calculate the due date for his brief from the date of filing of this order.